KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7065
Facsimile: (415) 436-7234

Attorneys for Plaintiff

FILED
05 AUG 22 AM 10: 33
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRELL SANCHO, <br><br> Defendant. | No. CR 05-00482-JSW <br><br> STIPULATION RECALLING ARREST WARRANT AND REQUESTING SUMMONS; [PROPOSED] ORDER |

The parties hereby stipulate as follows:

1. Defendant Darrell Sancho was arrested on August 22, 2005 pursuant to a valid, outstanding arrest warrant in the above case.

2. Prior to his arrest, the parties had negotiated a self-surrender date of September 8, 2005 in San Francisco, California. In light of the parties' agreement, the parties agree that it would be appropriate to recall the arrest warrant and release Mr. Sancho.

3. In lieu of the arrest warrant, the parties request that the Court issue a summons requiring

No. CR 05-00482-JSW
STIP. RECALLING ARREST WARRANT &
REQUESTING SUMMONS; [PROPOSED] ORDER

Mr. Sancho to appear before The Honorable Joseph C. Spero for arraignment on the indictment and setting of conditions of release on September 8, 2005 at 9:30 a.m.

4. If Mr. Sancho fails to appear on September 8, 2005, as required, the Court will issue a new bench warrant.

Date: 8/22/05

_____
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for Plaintiff

Date:

_See fax signature_
THERESA COADY, ESQ.
Counsel for Defendant Sancho

## ORDER

Pursuant to the parties' stipulation, the arrest warrant for defendant Darrell Sancho is hereby recalled. Defendant Sancho is ordered released from agent custody forthwith. The Court will issue a summons ordering Mr. Sancho to appear at 9:30 a.m. on September 8, 2005 for arraignment on the indictment and setting of conditions of release. If Mr. Sancho fails to appear, the Court will issue a bench warrant.

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/24/05

_____
JOSEPH C. SPERO
United States Magistrate Judge

No. CR 05-00482-JSW
STIP. RECALLING ARREST WARRANT &
REQUESTING SUMMONS; [PROPOSED] ORDER    2

1  Mr. Sancho to appear before The Honorable Joseph C. Spero for arraignment on the indictment
2  and setting of conditions of release on September 8, 2005 at 9:30 a.m.
3  4.    If Mr. Sancho fails to appear on September 8, 2005, as required, the Court will issue
4  a new bench warrant.

6  Date:

MONICA FERNANDEZ
Assistant United States Attorney
Counsel for Plaintiff

9  Date: 8/22/05

THERESA COADY, ESQ.
Counsel for Defendant Sancho

### ORDER

Pursuant to the parties' stipulation, the arrest warrant for defendant Darrell Sancho is hereby recalled. Defendant Sancho is ordered released from agent custody forthwith. The Court will issue a summons ordering Mr. Sancho to appear at 9:30 a.m. on September 8, 2005 for arraignment on the indictment and setting of conditions of release. If Mr. Sancho fails to appear, the Court will issue a bench warrant.

Pursuant to stipulation, IT IS SO ORDERED.

22  Date: _____

United States Magistrate Judge

No. CR 05-00482-JSW
STIP. RECALLING ARREST WARRANT &
REQUESTING SUMMONS; [PROPOSED] ORDER    2