KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234
E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00482- JSW (JCS) |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | UNDER THE SPEEDY TRIAL ACT |
| DARRELL EDWARD SANCHO, ) | |
| Defendant. ) | |

This matter came on the calendar of the Honorable Joseph C. Spero on September 8, 2005. At that time, the defendant, Darrell Edward Sancho, was arraigned on the July 27, 2005 indictment.

The matter was placed on Judge White's calendar for September 29, 2005. The parties requested an exclusion of time under the Speedy Trial Act from September 8 through 29, 2005 based upon the need for continuity of counsel and effective preparation of counsel. The government is providing discovery to the defense. The defendant's counsel, Ira Salzman, needs time to review this discovery. Moreover, Mr. Salzman is currently undergoing chemotherapy treatment for cancer. Thus, the time needed to review discovery must be extended to permit Mr. Salzman to undergo and recover

ORDER EXCLUDING TIME
No. CR-05-00482- JSW (JCS)

1  from this treatment.  Therefore, the parties are requesting an exclusion of time.  The parties agree that

2  the time from September 8 through 29, 2005 should be excluded in computing the time within which

3  trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

4      Accordingly, the Court HEREBY ORDERS that the time from September 8 through 29, 2005

5  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the

6  requested exclusion would deny the defendant continuity of counsel and reasonable time necessary for

7  effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

8  3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested exclusion

9  outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition

10  of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion

11  of time should be made under 18 U.S.C. § 3161(h)(8)(A).

12  SO ORDERED.

13

14  DATED: September 28, 2005  _____

15      HONORABLE JOSEPH C. SPERO
        UNITED STATES MAGISTRATE JUDGE

16

17  Approved as to form:

18

19   /s/ Ira Salzman
     IRA SALZMAN, ESQ.
20   Attorney for Defendant

21

22   /s Monica Fernandez
     MONICA FERNANDEZ
23   Assistant United States Attorney

24

25

26

27

28

ORDER EXCLUDING TIME
No. CR-05-00482- JSW (JCS)        2