```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
```

|   |   |   |
|---|---|---|
| 11 | | UNITED STATES DISTRICT COURT |
| 12 | | NORTHERN DISTRICT OF CALIFORNIA |
| 13 | | SAN FRANCISCO DIVISION |
| 14 | | |
| 15 | UNITED STATES OF AMERICA, ) | No. CR-05-00482- JSW |
| 16 | Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 17 | v. ) | |
| 18 | DARRELL EDWARD SANCHO and ) JINKY AN MANIULIT, ) | |
| 19 | ) | |
| 20 | Defendants. ) | |
| 21 | ) | |

This matter came on the calendar of the Honorable Jeffrey S. White on September 29, 2005. At that time, the parties requested that the matter be continued until December 22, 2005 at 2:30 p.m.

The parties requested an exclusion of time under the Speedy Trial Act from September 29 through December 22, 2005 based upon the need for continuity of counsel and effective preparation of counsel. The government is providing discovery to the defense. The defendant's counsel, Ira Salzman, needs time to review this discovery. Moreover, as detailed in the parties

ORDER EXCLUDING TIME
No. CR-05-00482- JSW

Joint Status Report filed in advance of the September 29 appearance, Mr. Salzman is currently undergoing chemotherapy treatment for cancer. Thus, the time needed to review discovery must be extended to permit Mr. Salzman to undergo and recover from this treatment. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from September 29 through December 22, 2005 should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from September 29 through December 22, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: October 6, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Approved as to form:

 /s/ Ira Salzaman
IRA SALZMAN, ESQ.
Counsel for Defendant SANCHO


 /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States

ORDER EXCLUDING TIME
No. CR-05-00482- JSW                          2