KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00482- JSW |
|     Plaintiff, ) | STIPULATION TO CONTINUE STATUS DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |
|     v. ) | |
| DARRELL EDWARD SANCHO and JINKY AN MANIULIT, ) | Date: December 22, 2005<br>Time: 2:30 p.m. |
|     Defendants. ) | |

    The parties to the above matter hereby stipulate, subject to the approval of the Court, as follows:

    1. This matter is currently calendared before the Honorable Jeffrey S. White for status on December 22, 2005 at 2:30 p.m.

    2. For the following reasons, the parties request that the matter be continued until January 12, 2006 at 2:30 p.m.

STIP. TO CONT. STATUS DATE & TO EXCLUDE
TIME UNDER STA; [PROPOSED] ORDER
No. CR-05-00482- JSW

1      a. Mr. Salzman's health remains compromised.  He still has cancerous tumors
2 and has been advised by his doctor not to travel until January.
3      b. Counsel for the government will be unavailable from December 27, 2005 until
4 January 9, 2006.
5    3. The parties stipulate that the time from December 22, 2005 through January 12, 2006
6 should be excluded under the Speedy Trial Act based upon the need for continuity of counsel,
7 based upon both Mr. Salzman's health condition and the government's unavailability.  See 18
8 U.S.C. § 3161(h)(8)(A) and (B)(iv).
9    IT IS SO STIPULATED.

Date: December 15, 2005

/s/ Ira Salzman
IRA SALZMAN, ESQ.
Counsel for Defendant SANCHO

Date: December 15, 2005

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States

STIP. TO CONT. STATUS DATE & TO EXCLUDE
TIME UNDER STA; [PROPOSED] ORDER
No. CR-05-00482- JSW                2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The parties' stipulated request to continue this matter until January 12, 2006 at 2:30 p.m. |
| 3 | is GRANTED. |

Furthermore, the Court HEREBY ORDERS that the time from December 22, 2005 through January 12, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant and the government continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 16, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court is cognizant of and sympathetic to Defense Counsel's health. However, it also wants to ensure that this case progresses in a timely fashion. Therefore, the Court will call this matter on January 12, 2006, and requests that if Mr. Salzman cannot appear in person that he appear by telephone or have stand in counsel present.