KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00482- JSW |
|     Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
|     v. | ) | |
| DARRELL EDWARD SANCHO and JINKY AN MANIULIT, | ) | |
|     Defendants. | ) | |

    This matter came on the calendar of the Honorable Jeffrey S. White on January 12, 2006. At that time, the parties requested that the matter be continued until February 16, 2006 at 2:30 p.m.

    The parties requested an exclusion of time under the Speedy Trial Act from January 12 through February 16, 2006 based upon the need for continuity of counsel and effective preparation of counsel. The defendant's counsel, Ira Salzman, is currently undergoing chemotherapy treatment for cancer and, thus, needs more time to prepare this case and to recover

ORDER EXCLUDING TIME
No. CR-05-00482- JSW

from treatment. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from January 12 through February 16, 2006 should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from January 12 through February 16, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: January 17, 2006

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Approved as to form:

/s/ Ira Salzman
IRA SALZMAN, ESQ.
Counsel for Defendant SANCHO

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States