KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7220
   Facsimile: (415) 436-7234
   Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARRELL EDWARD SANCHO and ) <br> JINKY AN MANIULIT, ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR-05-00482- JSW <br><br> STIPULATION AND <br> [PROPOSED] ORDER VACATING <br> PRETRIAL CONFERENCE AND TRIAL <br> DATE |

      This matter is scheduled to come before this Court on July 24, 2006 for pretrial conference and defendant SANCHO is scheduled to proceed to trial on August 21, 2006. Defendant SANCHO is represented by Ira A. Salzman, Esq., the government is represented by Assistance United States Attorney William C. Martin, and defendant MANIULIT is still at large. The government and defendant Sancho through their attorneys now hereby stipulate and agree that this matter should be set for change of plea on July 27, 2006 as an agreement resolving this matter as to defendant SANCHO has been reached.

STIPULATION AND [PROPOSED] ORDER
No. CR-05-00482- JSW

Accordingly, the parties stipulate that an agreement has been reached between defendant SANCHO and the government resolving this matter and request that the Court vacate the dates July 24, 2006 and August 21, 2006 and set this matter for change of plea on July 27, 2006 at 2:30 P.M.

SO STIPULATED

DATED: July 14, 2006

/s/
IRA SALZMAN
Attorney for Defendant SANCHO

DATED: July 14, 2006

/s/
WILLIAM C. MARTIN
Assistant United States Attorney

SO ORDERED. with the modification that the matter shall be set on August 3, 2006 at 2:30 p.m. for a change of plea.

DATED:  July 17, 2006

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
No. CR-05-00482- JSW                                   2