KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00482 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER VACATING AND RESCHEDULING CHANGE OF PLEA HEARING |
| ) | |
| v. ) | |
| ) | |
| DARRELL EDWARD SANCHO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties have reached an agreement in the above captioned matter.  Pursuant to the agreement, the United States has filed an Information charging Darrell Edward Sancho with a Class A misdemeanor.  The parties respectfully request that this Court vacate the change of plea hearing currently set before this Court on August 3, 2006, at 2:30 p.m., and set the matter for a change of plea before the duty Magistrate on August 3, 2006, at 9:30 a.m.  The parties will provide a copy of the Information and the proposed

//

//

Stipulation and [Proposed] Order
CR 05-00482 JSW

1  plea agreement to the duty Magistrate on August 2, 2006.

3  IT IS SO STIPULATED:

4                                                KEVIN V. RYAN
                                                 United States Attorney

6           8/2/2006                             /s/ Derek Owens
    DATED: _____                      _____
7                                                DEREK R. OWENS
                                                 Special Assistant United States Attorney

9           8/2/2006                             /s/ Theresa Jo Coady
    DATED: _____                      _____
10                                               THERESA JO COADY
                                                 Federal Public Defender

### **ORDER**

The change of plea hearing currently set before this Court on August 3, 2006, at 2:30 p.m., is hereby vacated.  The matter is reset for a change of plea before the duty Magistrate on August 3, 2006, at 9:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 2, 2006
                                                 _____
                                                 HON. JEFFREY S. WHITE
                                                 United States Magistrate Judge

Stipulation and [Proposed] Order
CR 05-00482 JSW